GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant FIDEL BEJARANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11 00881 SBA [DMR] |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) ) | |
| FIDEL BEJARANO, | ) ) | |
| Defendant. | ) ) | |

On 18 January 2012, Fidel Bejarano was released from custody pursuant to the parties' stipulation. He presently resides at the Cornell Corrections' San Francisco facility, and is fully compliant with all terms of his release. Mr Bejarano wishes to audit some college level courses and attend church prior to surrendering himself to the U.S. Marshal, which he must do under the terms of his plea agreement.

IT IS THEREFORE STIPULATED AND AGREED that the terms of Mr Bejarano's release are MODIFIED to permit him to leave the halfway house for the sole purposes of registering for and attending classes at City College of San Francisco, and attending the church of his choice, provided said church is located in San Francisco, California. Mr Bejarano shall

STIP AND ORD                                              1

advise Pretrial Services of the dates and hours of any classes he wishes to attend, together with a class schedule for classes which he attends, and shall provide to Pretrial Services of the name and location of any church he wishes to attend. In addition to the conditions set forth in his release bond, Mr Bejarano shall only be permitted to leave the halfway house for the additional purposes set forth in this stipulation. Mr Bejarano shall continue to abide by the terms of his release, and such other conditions as Pretrial Services deems appropriate.

/S/

Dated: 28 February 2012  _____
JAMES MANN
Assistant United States Attorney

/S/

Dated: 28 February 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the terms of Mr Bejarano's release are MODIFIED to permit him to leave the halfway house for the sole purposes of registering for and attending classes at City College of San Francisco, and attending the church of his choice, provided said church is located in San Francisco, California. Mr Bejarano shall advise Pretrial Services of the dates and hours of any classes he wishes to attend, together with a class schedule for classes which he attends, and shall provide to Pretrial Services of the name and location of any church he wishes to attend. In addition to the conditions set forth in his release bond, Mr Bejarano shall only be permitted to leave the halfway house for the additional purposes set forth in this stipulation. Mr Bejarano shall continue to abide by the terms of his release, and such other conditions as Pretrial Services deems appropriate.

Dated: March 1, 2012  _____
DONNA M. RYU
United States Magistrate Judge

STIP AND ORD  2