UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00881 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON MAY 30, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| FIDEL JOSE BEJARANO, a/k/a "Cappy," | ) ) ) | |
| | ) | Date: May 18, 2012 |
| Defendant. | ) ) | Time: 10:00 a.m. Court: Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that the May 18, 2012 change of plea and sentencing hearing be continued to May 30, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between May 18, 2012 and May 30, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office, and to allow the parties to review and respond to the Presentence Investigation Report and to prepare sentencing memoranda. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is continued for change of plea and sentencing on May 30, 2012 at 10:00 a.m., and that time between May 18, 2012 and May 30, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A) and (B)(iv), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government and for effective preparation of counsel.

DATED: 4/27/12

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON MAY 30, 2012 & TO EXCLUDE TIME
No. CR-11-00881 SBA